1  WILLIAM H. COLLIER, JR., CASB No. 97491
   william.collier@kyl.com
2  JAMES A. MARISSEN, CASB No. 257699
   james.marissen@kyl.com
3  KEESAL, YOUNG & LOGAN
   A Professional Corporation
4  400 Oceangate, P.O. Box 1730
   Long Beach, California  90801-1730
5  Telephone:    (562) 436-2000
   Facsimile:    (562) 436-7416
6
7  Attorneys for Plaintiff
8  SHAGANG SHIPPING CO., LTD.

9

10              UNITED STATES DISTRICT COURT
11              CENTRAL DISTRICT OF CALIFORNIA
12

13  SHAGANG SHIPPING CO., LTD.,   ) Case No. CV11-01312 JHN (CWx)
                                  )
14                     Plaintiff, ) **RELEASE BY CONSENT OF**
                                  ) **PROPERTY IN THE CUSTODY**
15         vs.                    ) **OF THE U.S. MARSHAL,**
                                  ) **SUBSTITUTE CUSTODIAN OR**
16  EMIRATES TRADING AGENCY       ) **OTHER PERSONS FROM**
    LLC,                          ) **ATTACHMENT AND RELATED**
17                                ) **ORDERS;**
                                  )
18                     Defendant. )
                                  )
19                                ) **SUPPLEMENTAL ADMIRALTY**
                                    **RULE E(5)(c)**
20
                                    **(PROPOSED ORDER FILED**
21                                  **CONTEMPORANEOUSLY**
                                    **HEREWITH)**
22
23  _____

24
         **WHEREAS,** on February 11, 2011, SHAGANG SHIPPING CO.
25
    LTD., ("Plaintiff") obtained an Order for the Issuance of Process of Maritime
26
    Attachment from this Court pursuant to Rule B of the Supplemental
27
    Admiralty Rules for Certain Admiralty or Maritime Claims of the Federal
28
    Rules of Civil Procedure for the attachment of EMIRATES TRADING

AGENCY LLC'S ("Defendant") property within the judicial district including the bunkers and/or other fuel aboard the M/T *Caribbean Galaxy* (the "Property" and the "Attachment Order" respectively). The Property was alleged to be located aboard the vessel M/T *Caribbean Galaxy* which is currently at the Port of Long Beach, California;

  **WHEREAS,** on February 11, 2011, the Plaintiff also obtained an Order to the United States Marshal Regarding Process of Maritime Attachment ("Marshal Order") and an Order for the Appointment of a Substitute of Custodian ("Custodian Order") (the Attachment Order, Marshal Order, and the Custodian Order are collectively referred to as the "Orders");

  **WHEREAS,** the Attachment Order attaches the Property;

  **WHEREAS,** the Marshal Order directs the United States Marshal to attach the Property;

  **WHEREAS,** the Custodian Order compels the United States Marshal to assume custody and possession of the Property and then surrender such custody and possession to a Substitute Custodian, Nielsen Beaumont (the "Substitute Custodian");

  **WHEREAS,** on February 11, 2011, the United States Marshal, pursuant to the Orders, proceeded to attach the Property and subsequently transfer custody of the Property to the Substitute Custodian;

  **WHEREAS,** the Plaintiff has been presented with claims that the Property is not owned by the Defendant and has elected not to challenge the ownership of the Property further in this action;

  **WHEREAS,** by this Release by Consent, the Plaintiff now consents to:

  (a) The immediate release of the Property from attachment; and,

  (b) The vacatur of the Orders as they apply to the Property;

KYL_LB1380319

**WHEREAS,** by this Release by Consent, the Plaintiff request that the Court retain jurisdiction for fifteen (15) days, prior to such time Plaintiff shall dismiss the action without prejudice;

**NOW THEREFORE PLAINTIFF HEREBY CONSENTS:**

1. TO THE IMMEDIATE RELEASE OF THE PROPERTY FROM ATTACHMENT.

2. TO THE VACATUR OF THE ORDERS (BEING THE ATTACHMENT ORDER, THE CUSTODIAN ORDER, AND THE MARSHAL ORDER) AS TO THE PROPERTY COVERED BY THE ORDERS.

3. TO THE IMMEDIATE RELEASE OF THE SUBSTITUTE CUSTODIAN, THE UNITED STATES MARSHAL, AND THE UNITED STATES FROM ALL RESPONSIBILITIES CONFERRED BY THE ORDERS.

4. TO THE COURT'S FIFTEEN (15) DAY RETENTION OF JURISDICTION BY WHICH TIME PLAINTIFF SHALL HAVE DISMISSED THE ACTION WITHOUT PREJUDICE.

**PLAINTIFFS SO CONSENT:**

DATED: February 14th, 2011

_____
WILLIAM H. COLLIER, JR.
JAMES A. MARISSEN
KEESAL, YOUNG & LOGAN
Attorneys for Plaintiff
SHAGANG SHIPPING CO., LTD.

KYL_LB1380319