ORIGINAL

1  WILLIAM H. COLLIER, JR., CASB No. 97491
2  william.collier@kyl.com
   JAMES A. MARISSEN, CASB No. 257699
3  james.marissen@kyl.com
   KEESAL, YOUNG & LOGAN
4  A Professional Corporation
   400 Oceangate, P.O. Box 1730
5  Long Beach, California  90801-1730
   Telephone:    (562) 436-2000
6  Facsimile:    (562) 436-7416
7
   Attorneys for Plaintiff
8  SHAGANG SHIPPING CO., LTD.
9

FILED
CLERK, U.S. DISTRICT COURT
FEB 11 2011
CENTRAL DISTRICT OF CALIFORNIA
BY                       DEPUTY

10            **UNITED STATES DISTRICT COURT**
11            **CENTRAL DISTRICT OF CALIFORNIA**
12
13  SHAGANG SHIPPING CO., LTD.,   ) Case No. CV11 01312 MMM JCGx
14                                )
                      Plaintiff,  ) IN ADMIRALTY
15                                )
                      vs.         ) **ORDER TO U.S. MARSHAL**
16                                ) **REGARDING PROCESS OF**
    EMIRATES TRADING AGENCY       ) **MARITIME ATTACHMENT AND**
17  LLC,                          ) **GARNISHMENT**
                                  )
18                   Defendant.   )
                                  )
19                                )
                                  )
20  _____

21          THE PRESIDENT OF THE UNITED STATES OF AMERICA
22
23  TO THE U.S. MARSHAL FOR THE CENTRAL DISTRICT OF
24  CALIFORNIA – Greetings:
25
26          WHEREAS, a Verified Complaint has been filed in the United
27  States District Court for the Central District of California on the 11th day of
28  February, 2011, by

<u>SHAGANG SHIPPING CO., LTD., Plaintiff, vs.</u>
<u>EMIRATES TRADING AGENCY LLC, Defendant</u>.

in certain action for breach of a maritime contract and failure to pay or otherwise secure claims and damages due and owing to the said Plaintiff in the amount of US$4,788,853.31 and praying for Process of Maritime Attachment and Garnishment against the said Defendant and/or its property, and

WHEREAS, this process is issued pursuant to such prayer and requires that each garnishee shall serve its answer within twenty (20) days after service of process upon it and requires that Defendant shall serve its answer within thirty (30) days after process has been executed whether by attachment of property or service on the garnishee.

NOW, THEREFORE, we do hereby command you to attach goods and chattels to the amount sued for; and if such property cannot be found that you attach credits and effects to the amount sued for; in the hands of the garnishees in this District including, but not limited to:

(a) Defendant's bunkers and/or other fuel aboard the M/T *CARIBBEAN GALAXY* now berthed at the Port of Long Beach, California,

and/or any other property in whatever form belonging to the Defendant in this District and to hold such property in your custody or substitute custodian's custody as the Court may further order.

WITNESS, the Honorable ___CARLA M. WOEHRLE___, Judge of said Court, this 11 day of February, 2011.

*Jerry Najera*

CLERK

By: _____
Deputy Clerk